Colin H. Murray (State Bar No. 159142)
  Colin.Murray@bakermckenzie.com
Teresa H. Michaud (State Bar No. 296329)
  Teresa.Michaud@bakermckenzie.com
Anne M. Kelts (State Bar No. 298710)
  Anne.Kelts@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, California 94111
Telephone: + 1 415 576 3000
Facsimile: + 1 415 576 3099

Attorneys for Defendants
AGODA INTERNATIONAL USA INC., and
THE PRICELINE GROUP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AN PHAN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AGODA COMPANY PTE. LTD., a Singapore private limited liability company; AGODA INTERNATIONAL USA INC., a Delaware corporation; THE PRICELINE GROUP INC., a Delaware corporation; and DOES 1 through 50,<br><br>Defendants. | Case No. 5:16-cv-7243<br><br>*Removed from the California Superior Court, County of Santa Clara Case No. 16CV302647*<br><br>**Date of Filing of Action in the Superior Court: November 14, 2016**<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Fed.R.Civ.P. 7.1; Civil L.R. 3-15] |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+ 1 415 576 3000

Case No._____
DEFENDANTS' CORPORATE DISCLOSURE STMT & CERT. OF INTERESTED ENTITIES

SFODMS #6773928 - v. 1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Civil Local Rule 3-15, and on behalf of Defendants Agoda International USA Inc. and The Priceline Group Inc. ("Defendants"), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding.

| **Entities or Persons** | **Interest** |
| --- | --- |
| An Phan | Plaintiff |
| Agoda Company Pte. Ltd. | Defendant |
| Agoda International USA Inc. | Defendant |
| The Priceline Group Inc. | Defendant |
| Agoda International Pte. Ltd. | 100% Owner of Agoda International USA Inc. |

Defendants further disclose the following:

1. Agoda International USA Inc. discloses that it is wholly owned by Agoda International Pte. Ltd., a Singapore private limited liability company. No publicly held corporation owns 10% or more of its stock.

2. The Priceline Group Inc. discloses that T. Rowe Price Associates owns approximately 12.4% of its outstanding stock. To the best of our knowledge, no other publicly held corporation owns 10% or more of its stock.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+ 1 415 576 3000

SFODMS #6773928 - v. 1

Dated: December 19, 2016          **BAKER & McKENZIE LLP**

By: /s/ Teresa H. Michaud
    Teresa H. Michaud
Attorneys for Defendants
AGODA INTERNATIONAL USA INC.
and THE PRICELINE GROUP INC.

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
+1 214 978 3000

2

Case No._____
DEFENDANTS' CORPORATE DISCLOSURE STMT & CERT. OF INTERESTED PARTIES