1  Colin H. Murray (State Bar No. 159142)
     Colin.Murray@bakermckenzie.com
2  Teresa H. Michaud (State Bar No. 296329)
     Teresa.Michaud@bakermckenzie.com
3  Anne M. Kelts (State Bar No. 298710)
     Anne.Kelts@bakermckenzie.com
4  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
5  San Francisco, California 94111
   Telephone: + 1 415 576 3000
6  Facsimile: + 1 415 576 3099

7  Attorneys for Defendants

8  AGODA COMPANY PTE. LTD.,
   AGODA INTERNATIONAL USA INC., and
9  THE PRICELINE GROUP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AN PHAN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AGODA COMPANY PTE. LTD., a Singapore private limited liability company; and DOES 1 through 50,<br><br>Defendants. | **Case No. 16-cv-07243-BLF**<br><br>Removed from the California Superior Court, County of Santa Clara on<br>December 19, 2016 -<br>Superior Court Case No. 16CV302647<br><br>Date of Filing of Action in the Superior Court: November 14, 2016<br><br>**DEFENDANT AGODA COMPANY PTE. LTD.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Before the Honorable Beth Labson Freeman Courtroom 3 - 5th Floor<br><br>San Jose Courthouse<br>280 South 1st Street, San Jose, CA 95113 |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+ 1 415 576 3000

Case No. 16-cv-07243-BLF
DEFENDANT AGODA COMPANY PTE. LTD.'S CORPORATE DISCLOSURE STMT & CERT. OF INTERESTED ENTITIES

SFODMS #6773928 - v. 1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Civil Local Rule 3-15, and on behalf of **Defendant Agoda Company Pte. Ltd.** ("Defendant"), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding.

| **Entities or Persons** | **Interest** |
|---|---|
| An Phan | Plaintiff |
| Agoda Company Pte. Ltd. | Defendant |
| Agoda Holding Company Ltd. | 100% Owner of Agoda Company Pte. Ltd. |

Defendant further discloses the following:

Agoda Company Pte. Ltd. is wholly-owned by Agoda Holding Company Ltd., a private, limited Mauritius company.

Dated: January 26, 2017       **BAKER & McKENZIE LLP**

By: */s/ Teresa H. Michaud*
    Teresa H. Michaud
    Attorneys for Defendants
    AGODA COMPANY PTE. LTD.
    AGODA INTERNATIONAL USA INC.,
    and THE PRICELINE GROUP INC.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+ 1 415 576 3000