# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| AN PHAN,<br><br>    Plaintiff,<br><br>v.<br><br>AGODA COMPANY PTE. LTD.,<br><br>    Defendant. | Case No. 16-cv-07243-BLF<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE CLASS-CERTIFICATION EXPERT-WITNESS DESIGNATION DEADLINES; GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE CLASS-CERTIFICATION BRIEFING AND HEARING DEADLINES**<br><br>[Re: ECF 53, 57] |

On September 21, 2018, Plaintiff filed an administrative motion to extend the time to designate class-certification expert witnesses so that Plaintiff has enough time to complete non-expert discovery. *See* ECF 53. On September 25, 2018, Defendant filed an opposition to Plaintiff's motion in which it agreed to Plaintiff's request, and also requested that the class-certification briefing and hearing deadlines be continued commensurate with the expert witness designation deadline extension. *See* ECF 57. Defendant argues that extending only the expert deadlines will force Defendant to complete a large volume of work over the winter holidays, between December 13, 2018 and January 10, 2019. *See id.* The Court construes Defendant's opposition to be an administrative motion seeking additional relief. Plaintiff did not oppose this motion but did discuss in its motion that it believes extension of the other deadlines would be unnecessary. *See* ECF 53 at 1.

The Court finds good cause to extend the deadlines for expert witness designation and to extend the class certification hearing date as set forth in the table below, so as to avoid prejudicing Defendant. The parties are directed to meet and confer and submit a joint stipulation on a briefing

schedule by **October 19, 2018**. The final class certification brief must be filed no later than 15 days in advance of the hearing date.

| EVENT | EXISTING DEADLINE | NEW DATE OR DEADLINE |
|---|---|---|
| Expert-Witness Designation Deadline for Experts Offered in Support of, or in Opposition to, Class-Certification Motions | September 24, 2018 | December 13, 2018 |
| Rebuttal-Expert-Witness Designation Deadline for Experts Offered in Support of, or in Opposition to, Class-Certification Motions | October 29, 2018 | January 10, 2019 |
| Hearing on Motions for Class Certification | March 21, 2019 | May 2, 2019 |

Accordingly, Plaintiff's administrative motion is GRANTED, and Defendant's administrative motion is GRANTED.

**IT IS SO ORDERED.**

Dated: October 3, 2018

_____
BETH LABSON FREEMAN
United States District Judge