**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| AN PHAN,<br><br>        Plaintiff,<br><br>   v.<br><br>AGODA COMPANY PTE. LTD.,<br><br>        Defendant. | Case No. 16-cv-07243-BLF<br><br>**JUDGMENT** |

The Court having granted Defendant Agoda Company Pte. Ltd.'s ("Agoda") motion for summary judgment on the sole claim asserted by Plaintiff An Phan ("Phan"), Judgment is HEREBY ENTERED in favor of Agoda and against Phan.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 13, 2018

_____
BETH LABSON FREEMAN
United States District Judge