| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | BILL OF COSTS *Please follow the instructions on page 3 when completing this form.* | | | COURT USE ONLY OBJECTION DEADLINE: OBJECTION FILED: YES ☐     No ☐ |
|---|---|---|---|---|
| 1. CASE NAME<br>Phan v. Agoda Company Pte. Ltd. | 2. CASE NUMBER<br>16-cv-07243-BLF | | 3. DATE JUDGMENT ENTERED<br>December 13, 2018 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED<br>Plaintiff An Phan |
| 5. NAME OF CLAIMING PARTY<br>Defendant Agoda Company Pte. Ltd. | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE")<br>Teresa H. Michaud | | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE<br>415 576 3023<br>teresa.michaud@bakermckenzie.com |

| 8. REQUEST TO TAX THE FOLLOWING AS COSTS: | | | (SHADED AREAS ARE FOR COURT USE ONLY) | | |
|---|---|---|---|---|---|
| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | *Amt Allowed* | *Disallowed* | *Disallowance Reason* |
| a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $400.00 | Filing fee - Notice of Removal, December 19, 2016 (See Attachment) | | | |
| Service of Process, Civil LR 54-3(a)(2) | | | | | |
| b. REPORTERS' TRANSCRIPTS | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| c. DEPOSITIONS | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $9,660.00 | See Attachment 8c. | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | $386.00 | See Attachment 8c. | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | $125.00 | See Attachment 8c. | | | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | $82.36 | Copy Exhibits to Motion for Summary Judgment, 6/22/2018 (See Attachment 8d.) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Visual aids, Civil LR 54(d)(5) | | | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | $10,653.36 | | $ 0.00 | $ 0.00 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:
See Attachment for cost summary and backup.

| | |
|---|---|
| 10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.<br>**Name of Attorney/Claiming Party**: Teresa H. Michaud, Attorney for Defendant Agoda Company Pte. Ltd.<br><br>SIGNATURE:  /s/ Teresa H. Michaud          DATE: December 21, 2018 | 11. Costs are taxed in the amount of                    and included in the judgment.<br><br>Susan Y. Soong<br>Clerk of Court<br><br>BY:                              , Deputy Clerk          DATE: |

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| WITNESS NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST Per Witness |
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | TOTAL WITNESS FEES/EXPENSES | | | $ 0.00 |