**ITEMIZATION FOR REQUESTED COSTS IN SUPPORT OF DEFENDANT AGODA'S BILL OF COSTS**

**8.a**.   **Notice of Removal Filing Fee**:
Court Filing Fee of **$400** for Notice of Removal to Federal Court on December 19, 2016 (receipt attached).

**8.c**.   **Depositions of Witnesses** (invoices attached)**:**
Cost of deposition transcript/video:   **$9,660.00**
Cost of deposition exhibits:            **$ 386.00**
Cost of reporter attendance:            **$ 125.00**

| Cost Item | Amount Claimed | Total |
|---|---|---|
| **Deposition of Plaintiff An Phan, taken 9/28/18 (transcript)** | $2,213.00 | |
| Video of Deposition | $1,708.00 | |
| Deposition Exhibits | $157.20 | |
| CSR Appearance Fee | $125.00 | |
| Subtotal | | $4,203.20 |
| | | |
| **Deposition of Kamonchanok Rattanasrimata, taken 8/21/18 (transcript)** | $549.00 | |
| Deposition Exhibits | $7.80 | |
| Subtotal | | $556.80 |
| | | |
| **Deposition of Richard Lyne, taken 8/21/18 (transcript)** | $1,334.00 | |
| Exhibits | $24.05 | |
| Subtotal | | $1,358.05 |
| | | |
| **Deposition of Chang Meng Leong, taken 8/20/18 (transcript)** | $1,623.00 | |
| Exhibits | $113.75 | |
| Subtotal | | $1,736.75 |

| Cost Item | Amount Claimed | Total |
|---|---|---|
| **Deposition of Niwat Limvanitcharat, taken 8/20/18 (transcript)** | $398.50 | |
| Exhibits 8/20/18 | $5.20 | |
| Further deposition taken 8/22/18 (transcript) | $683.00 | |
| Exhibits 8/22/18 | $67.80 | |
| Subtotal | | $1,154.50 |
| | | |
| **Deposition of Alexis Siarkiewicz, taken 8/22/18 (transcript)** | $1,151.50 | |
| Exhibits | $10.20 | |
| Subtotal | | $1,161.70 |
| | | |
| **GRAND TOTAL DEPOSITION TRANSCRIPTS AND VIDEO** | | **$9,660.00** |
| **GRAND TOTAL DEPOSITION EXHIBITS** | | **$386.00** |
| **GRAND TOTAL REPORTER ATTENDANCE FEES** | | **$125.00** |

**8.d.    Reproduction:**
   **$82.36** - Cost of printing PDF Exhibits in Support of Defendant Agoda's Motion for Summary Judgment - for Judge courtesy copy set, dated June 22, 2018 (invoice attached).

# ATTACHMENT 1

# ATTACHMENT 8a. - FILING FEE

| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| To: | Hitti, Nada K; Murray, Colin H. |
| Date: | Monday, December 19, 2016 5:32:36 PM |

Teresa.michaud@bakermckenzie.com" <Teresa.michaud@bakermckenzie.com>
Message-ID: <1878464325.3534.1482197548992.JavaMail.wl8pga@vip-fiscalservices-mail>
Subject: Pay.gov Payment Confirmation: CAND CM ECF
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CAND Help Desk at (866) 638-7829.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 25VKT0SR
Agency Tracking ID: 0971-11018777
Transaction Type: Sale
Transaction Date: Dec 19, 2016 8:32:28 PM

Account Holder Name: Colin H. Murray
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************9239

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



**INVOICE**
Page 1

Email: customerinquiry@epiqglobal.com

Baker & McKenzie
1901 Avenue of the Stars,
Suite 950
Los Angeles, CA 90067

Invoice #: M-218951
Invoice Date: 10/15/18
Our Order #: LA-193988-01
Customer #: 124312

Attn: BARRY THOMPSON

Terms: NET 30 DAY

An Phan vs. Agoda Company PTE

| Description | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 09/28/18 | | | | |
| Deponent: An Phan | | | | |
| Word Index | 43 | EACH | $5.00 | $215.00 |
| Delivery - Transcript | 2 | EACH | $40.00 | $80.00 |
| Deposition Appearance Fee - Regular - Full Day | 1 | HOUR | $125.00 | $125.00 |
| Deposition Transcript - Original-Expedited 7 days | 259 | PAGE | $7.00 | $1,813.00 |
| Production and Code Compliance | 1 | EACH | $50.00 | $50.00 |
| Exhibit Copying - B&W | 79 | PAGE | $0.20 | $15.80 |
| Exhibit Copying - Color | 73 | PAGE | $1.00 | $73.00 |
| Exhibit Scanning - OCR-PDF | 152 | PAGE | $0.45 | $68.40 |
| TotalTranscript CD | 1 | EACH | $45.00 | $45.00 |
| After Hours | 0.25 | EACH | $40.00 | $10.00 |

Subtotal: $2,495.20
Sales Tax: $0.00
**Total Invoice USD: $2,495.20**

**Depo Location:** 660 Hansen Way
Palo Alto, CA 94304

Thank You. Your Business is appreciated.

REMIT TO:
Epiq Court Reporting
P.O. Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: Epiq

Tax ID: 20-2665382



| | | | INVOICE |
| --- | --- | --- | --- |
| | | | Page 1 |

Email: customerinquiry@epiqglobal.com

Baker & McKenzie  
1901 Avenue of the Stars,  
Suite 950  
Los Angeles, CA 90067

| Invoice #: | M-218921 |
| --- | --- |
| Invoice Date: | 10/15/18 |
| Our Order #: | LA-193988-02 |
| Customer #: | 124312 |

Attn: BARRY THOMPSON

Terms: NET 30 DAY

An Phan vs. Agoda Company PTE

| | QTY | UNIT | UNIT PRICE | TOTAL |
| --- | --- | --- | --- | --- |
| Job Date: 09/28/18 | | | | |
| Deponent: An Phan | | | | |
| Epiq Viewer - Per Hour | 5.5 | EACH | $95.00 | $522.50 |
| Parking - Videographer | 1 | EACH | $38.00 | $38.00 |
| Processing and Delivery - Video | 1 | EACH | $40.00 | $40.00 |
| Setup and First Hour - Videography | 1 | EACH | $305.00 | $305.00 |
| Video Hourly | 6.75 | HOUR | $110.00 | $742.50 |
| Video Archive | 3 | HOUR | $20.00 | $60.00 |
| | | | Subtotal: | $1,708.00 |
| | | | Sales Tax | $0.00 |
| | | | **Total Invoice USD** | **$1,708.00** |

**Depo Location:** 660 Hansen Way  
Palo Alto, CA 94304

Thank You. Your Business is appreciated.

REMIT TO:  
**Epiq Court Reporting**  
**P.O. Box 936158**  
**Atlanta, GA 31193-6158**

For credit card payments, please visit  
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE  
ABA Routing #: 121000248  
Beneficiary Account #: 4125126904  
Beneficiary Name: Epiq

Tax ID: 20-2665382

ATTACHMENT 8c - DEPOSITIONS

**epiq**

INVOICE
Page 1

Email: customerinquiry@epiqglobal.com

Baker & McKenzie
1901 Avenue of the Stars,
Suite 950
Los Angeles, CA 90067

Invoice #: M-216940
Invoice Date: 09/30/18
Our Order #: LA-188297-02
Customer #: 124312

Attn: BARRY THOMPSON

Terms: NET 30 DAY

Case No: 16-cv-07243-BLF

An Phan vs. Agoda Company PTE. LTD.

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date: 08/21/18** | | | | |
| **Deponent: All Deponents** | | | | |
| Delivery - Transcript | 1 | EACH | $40.00 | $40.00 |
| Production and Code Compliance | 1 | EACH | $50.00 | $50.00 |
| **Job Date: 08/21/18** | | | | |
| **Deponent: Kamonchanok Rattanasrimata** | | | | |
| Deposition Transcript - Copy | 96 | PAGE | $3.50 | $336.00 |
| Rough ASCII | 82 | EACH | $1.50 | $123.00 |
| Exhibit Copying - B&W | 12 | PAGE | $0.20 | $2.40 |
| Exhibit Scanning - OCR-PDF | 12 | PAGE | $0.45 | $5.40 |
| TotalTranscript CD | 1 | EACH | $45.00 | $45.00 |
| **Job Date: 08/21/18** | | | | |
| **Deponent: Richard Lyne** | | | | |
| Deposition Transcript - Copy | 259 | PAGE | $3.50 | $906.50 |
| Rough ASCII | 225 | EACH | $1.50 | $337.50 |
| Exhibit Copying - B&W | 37 | PAGE | $0.20 | $7.40 |
| Exhibit Scanning - OCR-PDF | 37 | PAGE | $0.45 | $16.65 |
| TotalTranscript CD | 1 | EACH | $45.00 | $45.00 |

Amount: 1,914.85

Accounting Approval:

1st Signature: Kath Powell
2nd Signature: _____

Voucher No.: _____

RECEIVED
OCT 11 2018
S.F. ACCOUNTING

Entered on SAP
OCT 15 2018

## ATTACHMENT 8c - DEPOSITIONS



INVOICE
Page 2

Email: customerinquiry@epiqglobal.com

Baker & McKenzie
1901 Avenue of the Stars,
Suite 950
Los Angeles, CA 90067

Attn: BARRY THOMPSON

| | |
|---|---|
| Invoice #: | M-216940 |
| Invoice Date: | 09/30/18 |
| Our Order #: | LA-188297-02 |
| Customer #: | 124312 |

| | |
|---|---|
| Subtotal: | $1,914.85 |
| Sales Tax | $0.00 |
| Total Invoice USD | $1,914.85 |

**Depo Location:** Abdulrahim Place
990 Rama IV Road
25th Floor
Bangkok, DY 10500

Thank You. Your Business is appreciated.

REMIT TO:
Epiq Court Reporting
P.O. Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: Epiq

Tax ID: 20-2665382

ATTACHMENT 8c - DEPOSITIONS

# epiq

**INVOICE**
Page 1

Email: customerinquiry@epiqglobal.com

Baker & McKenzie
1901 Avenue of the Stars,
Suite 950
Los Angeles, CA 90067

Invoice #: M-216930
Invoice Date: 09/30/18
Our Order #: LA-188292-02
Customer #: 124312

Attn: BARRY THOMPSON

Terms: NET 30 DAY

Case No: 16-cv-07243-BLF

An Phan vs. Agoda Company PTE. LTD.

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date: 08/20/18** | | | | |
| **Deponent: All Deponents** | | | | |
| Delivery - Transcript | 1 | EACH | $40.00 | $40.00 |
| Production and Code Compliance | 1 | EACH | $50.00 | $50.00 |
| **Job Date: 08/20/18** | | | | |
| **Deponent: Chang Meng Leong** | | | | |
| Deposition Transcript - Copy | 327 | PAGE | $3.50 | $1,144.50 |
| Rough ASCII | 259 | EACH | $1.50 | $388.50 |
| Exhibit Copying - B&W | 175 | PAGE | $0.20 | $35.00 |
| Exhibit Scanning - OCR-PDF | 175 | PAGE | $0.45 | $78.75 |
| TotalTranscript CD | 1 | EACH | $45.00 | $45.00 |
| **Job Date: 08/20/18** | | | | |
| **Deponent: Niwat Limvanitcharat** | | | | |
| Deposition Transcript - Copy | 65 | PAGE | $3.50 | $227.50 |
| Rough ASCII | 54 | EACH | $1.50 | $81.00 |
| Exhibit Copying - B&W | 8 | PAGE | $0.20 | $1.60 |
| Exhibit Scanning - OCR-PDF | 8 | PAGE | $0.45 | $3.60 |
| TotalTranscript CD | 1 | EACH | $45.00 | $45.00 |

Amount: 2140.45

Accounting Approval:

1st Signature: Keith Powell
2nd Signature: _____

Voucher No.: _____

RECEIVED
OCT 11 2018
S.F. ACCOUNTING

Entered on SAF
OCT 15 2018

INVOICE
Page 2

# epiq

Email: customerinquiry@epiqglobal.com

Baker & McKenzie
1901 Avenue of the Stars,
Suite 950
Los Angeles, CA 90067

Attn: BARRY THOMPSON

| | |
|---|---|
| Invoice #: | M-216930 |
| Invoice Date: | 09/30/18 |
| Our Order #: | LA-188292-02 |
| Customer #: | 124312 |

| | |
|---|---|
| Subtotal: | $2,140.45 |
| Sales Tax | $0.00 |
| Total Invoice USD | $2,140.45 |

Depo Location: Abdulrahim Place
990 Rama IV Road
25th Floor
Bangkok, DY 10500

Thank You. Your Business is appreciated.

REMIT TO:
Epiq Court Reporting
P.O. Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: Epiq

Tax ID: 20-2665382

## ATTACHMENT 8c - DEPOSITIONS

**epiq**

INVOICE
Page 1

Email: customerinquiry@epiqglobal.com

Baker & McKenzie
1901 Avenue of the Stars,
Suite 950
Los Angeles, CA 90067

Invoice #: M-216945
Invoice Date: 09/30/18
Our Order #: LA-188298-02
Customer #: 124312

Attn: BARRY THOMPSON

Terms: NET 30 DAY

Case No: 16-cv-07243-BLF

An Phan vs. Agoda Company PTE. LTD.

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date: 08/22/18** | | | | |
| **Deponent: Alexis Siarkiewicz** | | | | |
| Deposition Transcript - Copy | 221 | PAGE | $3.50 | $773.50 |
| Rough ASCII | 192 | EACH | $1.50 | $288.00 |
| Exhibit Copying - B&W | 51 | PAGE | $0.20 | $10.20 |
| TotalTranscript CD | 1 | EACH | $45.00 | $45.00 |
| **Job Date: 08/22/18** | | | | |
| **Deponent: All Deponents** | | | | |
| Delivery - Transcript | 1 | EACH | $40.00 | $40.00 |
| Production and Code Compliance | 1 | EACH | $50.00 | $50.00 |
| Rough ASCII | 106 | EACH | $1.50 | $159.00 |
| **Job Date: 08/22/18** | | | | |
| **Deponent: Niwat Limvanitcharat** | | | | |
| Deposition Transcript - Copy | 124 | PAGE | $3.50 | $434.00 |
| Exhibit Copying - B&W | 69 | PAGE | $0.20 | $13.80 |
| Exhibit Scanning - OCR-PDF | 69 | PAGE | $0.45 | $31.05 |
| Exhibit Scanning - OCR-PDF | 51 | PAGE | $0.45 | $22.95 |
| TotalTranscript CD | 1 | EACH | $45.00 | $45.00 |

Amount: 1,912.50

Accounting Approval:

1st Signature: Keith Powell
2nd Signature: _____

Voucher No.: _____

RECEIVED
OCT 11 2018
S.F. ACCOUNTING
Entered on SAP
OCT 15 2018

300

ATTACHMENT 8c - DEPOSITIONS



INVOICE
Page 2

Email: customerinquiry@epiqglobal.com

Baker & McKenzie
1901 Avenue of the Stars,
Suite 950
Los Angeles, CA 90067

Invoice #: M-216945
Invoice Date: 09/30/18
Our Order #: LA-188298-02
Customer #: 124312

Attn: BARRY THOMPSON

| | |
|---|---:|
| Subtotal: | $1,912.50 |
| Sales Tax | $0.00 |
| Total Invoice USD | $1,912.50 |

**Depo Location:** Abdulrahim Place
990 Rama IV Road
25th Floor
Bangkok, DY 10500

Thank You. Your Business is appreciated.

---

REMIT TO:
Epiq Court Reporting
P.O. Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: Epiq

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

Tax ID: 20-2665382

ATTACHMENT 8d. - REPRODUCTION



**INVOICE**

1600 JAMES M WOOD BLVD | LOS ANGELES | CA 90015
T 213.249.9999 | F 213.249.9990 | www.nationwideasap.com

| Invoice No. | Customer No. |
|---|---|
| 348594 | 30378 |
| Invc Date | Total Due |
| 6/22/18 | 111.36 |

BAKER McKENZIE
2 EMBARCADERO
11th FLOOR
SAN FRANCISCO, CA 94111

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 30378 | 348594 | 6/22/18 | 111.36 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/22/18 | 3442742 | C/C | BAKER MCKENZIE<br>2 EMBARCADERO<br>SAN FRANCISCO  CA 94111<br>Caller: CHRISTINE VON SE<br>Case Number: 16-CV-07243-BLF<br>Client/Matter: 10048979-50284178<br>Pieces/Pages: 157 | USDC/SAN JOSE NORTHERN DISTRICT<br>280 SOUTH FIRST STREET<br>SAN JOSE   CA 95113<br>Case Title: PHAN VS AGODA<br>CHAMBERS COPIES<br>Signed by: DELIVERED | Base Chg : 29.00<br>PDF/Pages : 82.36 | 111.36 |
| COURTESY COPY | | | | | | |

Total   111.36

**INVOICE PAYMENT DUE UPON RECEIPT**